## Commonwealth, Appellant, *v.* Dippold.

Argued March 23, 1973. *Gordon J. Daghir,* District Attorney, submitted a brief for Commonwealth, appellant; *George L. Daghir,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Dunson, Appellant.

Argued March 20, 1973. *Kenneth Mirsky,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Albert L. Becker,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.